**From:** Joseph Marburger <jmarburger@newquest.com>
**Date:** September 8, 2020 at 11:23:23 AM CDT
**To:** Joseph Marburger <jmarburger@newquest.com>
**Cc:** Brad LyBrand <blybrand@newquest.com>, Glenn Dickerson <gdickerson@newquest.com>
**Subject: Development Opportunity South Congress**

Hello-
I am reaching out on behalf of my partners Glenn Dickerson and Brad Lybrand. We have been working with a co-broker on the attached 14.94 acre site located at 4811 S. Congress in Austin, TX. We feel this site represents a prime opportunity for development. The site can be subdivided and the pricing guidance is $60 psf. This site was previously owned by World Class Properties and the note has since been purchased by the current owner. The owner will allow for up to 12 months for due diligence and closing. Please let us know if you are interested or have any questions.
Happy to jump on a call and discuss in further detail.
Sincerely,
Joe Marburger
Associate
Office: 281.477.4306
Mobile: 713.897.1654
Email: jmarburger@newquest.com<mailto:jmarburger@newquest.com>

[cidimage001.png@01D66FE5.5901EA60]<https://www.newquest.com/subscribe/> [linkedin] <https://www.linkedin.com/company/newquest-properties/> [Facebook] <https://www.facebook.com/NQProperties> [YouTube] <https://www.youtube.com/channel/UCBt5ideQtGRgJ0JUsGadR6w>

[NewQuest Properties | newquest.com]
8827 W. Sam Houston Pkwy N. #200, Houston, TX 77040

EXHIBIT "A"