**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **WC 4811 SOUTH CONGRESS, LLC**[1] | § § | Case No. 20-11105-tmd |
| Debtor. | § § § | |
| **WC 4811 SOUTH CONGRESS, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary Proc. No. 20-01060-tmd |
| **4811 SOCO, LP,** | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEBTOR'S EMERGENCY**
**MOTION FOR STATUS**
**<u>CONFERENCE</u>**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is WC 4811 South Congress, LLC (0420).

Came on for consideration the *Debtor's Emergency Motion for Status Conference* (the "**Motion**"), filed on October 13, 2020, by Debtor and Debtor-in-Possession WC 4811 South Congress, LLC. (the "**Debtor**") in the above-captioned and referenced Adversary Proceeding. Upon consideration of the Motion, the Court finds that it is meritorious and should be granted. Accordingly, it is hereby

ORDERED that a status conference shall be scheduled for and held on the date and time indicated above.  It is further

ORDERED that counsel for Debtor will provide notice of the status conference as provided under the Local Bankruptcy Rules.

# # # END OF ORDER # # #

5557490.1  FJR 23065.20

**FISHMAN JACKSON RONQUILLO PLLC**

  /s/ Mark H. Ralston
Mark H. Ralston
State Bar No. 16489460
Fishman Jackson Ronquillo PLLC
Three Galleria Tower
13155 Noel Road, Suite 700
Dallas, TX 75240
Telephone: (972) 419-5544
Facsimile: (972) 4419-5500
E-mail: mralston@fjrpllc.com

PROPOSED COUNSEL FOR DEBTOR
WC 4811 SOUTH CONGRESS, LLC